IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:26-CR-28-FL-BM

UNITED STATES OF AMERICA )
)
v. ) **INDICTMENT**
)
CHRISTOPHER JAMES HILL )

The Grand Jury charges that:

On or about October 3, 2025, through on or about October 13, 2025, in the Eastern District of North Carolina, the defendant, CHRISTOPHER JAMES HILL, did knowingly and willfully transmit in interstate and foreign commerce a communication, namely, a comment posted on the public website Facebook.com, and the communication contained a threat to kill and injure the person of another, specifically, a threat to kill United States President Donald J. Trump, in violation of Title 18, United States Code, Section 875(c).

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

Date: 4/23/26

W. ELLIS BOYLE
United States Attorney

KEVIN D. GERARDE
Assistant United States Attorney

1