IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:26-CR-28-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE AND ARRAIGNMENT |
| v. | |
| CHRISTOPHER JAMES HILL | |

The Defendant, Mr. Hill, by and through undersigned counsel, hereby moves the Court to CONTINUE the arraignment and pretrial motions deadline for 60-days in the above-captioned case. In support of this motion, Mr. Hill states the following:

1. On May 5, 2026, Mr. Hill was indicted on one count of transmit, in interstate commerce, a threat to kill and injure the person of another in violation of 18 U.S.C. 875(c).

2. The pretrial motions deadline is currently June 8, 2026 and the arraignment is scheduled for this Court's June 16th term of court.

3. The parties are still engaged in pretrial discovery matters. Undersigned counsel needs additional time to review discovery and consult with Mr. Hill.

4. There has not been a previous continuance in this matter.

5. The Government has been notified and AUSA Kevin Gerarde advised the government does not object to this request.

6. Pursuant to 18 U.S.C.§ 3161(h)(7)(A), the ends of justice served by the granting of this motion outweigh the interests of the public and the defendant in a speedy trial.

1

WHEREFORE, Mr. Hill respectfully requests that the Arraignment and Trial in this case be continued until the August 2026 term of Court and that the pretrial motions deadlines be extended until August 7, 2026.

Respectfully submitted this the 26th day of May, 2026.

G. ALAN DuBOIS
Federal Public Defender

/s/ Rosemary Godwin
ROSEMARY GODWIN
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: rosemary_godwin@fd.org
N.C. State Bar No. 18217
LR 57.1 Counsel Appointed

<u>*CERTIFICATE OF SERVICE*</u>

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Kevin Gerarde
Assistant United States Attorney
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
919-856-4342
Fax: 919-856-4487

by CM/ECF.

     This the 26th day of May, 2026.

                      G. ALAN DuBOIS
                      Federal Public Defender

                      <u>/s/ Rosemary Godwin</u>
                      ROSEMARY GODWIN
                      Assistant Federal Public Defender
                      Attorney for Defendant
                      Office of the Federal Public Defender
                      150 Fayetteville Street, Suite 450
                      Raleigh, North Carolina 27601
                      Telephone: 919-856-4236
                      Fax: 919-856-4477
                      E-mail: rosemary_godwin@fd.org
                      N.C. State Bar No. 18217
                      LR 57.1 Counsel Appointed