PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher James Hill**                              **Docket No. 7:26-CR-28-1FL**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Christopher James Hill, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 11th day of May, 2026.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is in compliance with the conditions of release as ordered by the court; however, on July 7, 2026, at a routine home contact, Hill admitted to the probation officer that the use of alcohol is negatively affecting his mental health. The defendant is currently enrolled in mental health counseling through the probation office but did state that he has a long history of alcohol abuse that led to numerous mental health complications. To help Hill maintain sobriety during his term of pretrial release, the probation officer suggested a prohibition on consuming any alcohol to eliminate temptation. The defendant agreed and signed a waiver agreeing to the proposed modification of the conditions of release. The government and the defendant's counsel were contacted regarding this modification and stated no objections.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant must not use alcohol at all.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Matthew A. Fmura
Matthew A. Fmura
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2345
Executed On: July 23, 2026

### ORDER OF THE COURT

Considered and ordered the __23__ day of ___July___, 2026, and ordered filed and made part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge