IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:26-CR-00028-FL-BM-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Christopher Hill | UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE AND ARRAIGNMENT |

The Defendant, Mr. Hill, by and through Counsel, hereby moves the Court to CONTINUE the arraignment and pretrial motions deadlines for 60-days in the above-captioned case. In support of this motion, Mr. Hill states the following:

1. Christopher Hill has been indicted for transmitting a threat in interstate commerce.
2. Undersigned entered her Notice of Appearance on May 5, 2026.
3. Currently, pretrial motions are due October 8, 2010, and arraignment is scheduled for the term of November 10, 2026.
4. The defense is continuing its investigation of potential mitigation evidence and requires additional time to obtain, review, and process relevant records necessary for the preparation of the defense.
5. The Government has been notified and does not object to this request.
6. Pursuant to 18 U.S.C.§ 3161(h)(7)(A), Mr. Hill suggests that the ends of justice served by the granting of this motion outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, Mr. Hill respectfully requests that the Pretrial motions be continued until December 8, 2026, and Arraignment and Trial in this case be continued, until the January 2027 term of Court.

Respectfully submitted this the 8th day of October, 2026.

G. ALAN DuBOIS
Federal Public Defender

/s/ Leza Lee Driscoll
LEZA LEE DRISCOLL
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Leza_Driscoll@fd.org
N.C. State Bar No. 20926
LR 57.1 Counsel Appointed

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Kevin Gerarde
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
919-856-4342
Fax: 919-856-4487

by CM/ECF.

This the 8th day of October, 2026.

G. ALAN DuBOIS
Federal Public Defender

/s/ Leza Lee Driscoll
LEZA LEE DRISCOLL
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Leza_Driscoll@fd.org
N.C. State Bar No. 20926
LR 57.1 Counsel Appointed